PENNSYLVANIA STEEL CO. et al. v. NEW YORK CITY RY. CO.

(Circuit Court, S. D. New York.  October 19, 1907.)

STREET RAILROADS (§ 58*)—INSOLVENCY—EXPENDITURES BY RECEIVER.

On appointment of a receiver for a street railway, he will be authorized to make such expenditures as are necessary to render the road efficient and to perfect the service in return for which its franchises were given.

[Ed. Note.—For other cases, see Street Railroads, Dec. Dig. § 58.*]

Byrne & Cutcheon, for complainants.
Masten & Nichols, for respondent's receivers.

LACOMBE, Circuit Judge. The petition of the receivers, filed this morning, has been carefully considered. It is unfortunate that at the outset of their receivership such large expenditures should be required toward putting the roads and their equipments in proper condition. Evidently some of the work referred to should have been done long ago by the defendant; but that does not change the situation. Whatever is required to make the roads efficient and to perfect the service in return for which their franchises were given must be done, and done promptly.

The expenditures recommended by the receivers are approved.